| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER SEALING DECLARATION** |
| v. ) | |
| ) | |
| SIMS REAL PROPERTY: ) | |
| ) | |
| REAL PROPERTY LOCATED AT 919 ) | |
| ENCLAVE LAKE DRIVE, HOUSTON, ) | |
| TEXAS, AS MORE PARTICULARLY ) | |
| DESCRIBED IN A SPECIAL ) | |
| WARRANTY DEED WITH VENDOR'S ) | |
| LIEN RECORDED AS INSTRUMENT ) | |
| NUMBER RP-2022-392295 OF THE ) | |
| HARRIS COUNTY RECORDS, AND ) | |
| BEING TITLED IN THE NAME OF ) | |
| BRANDON E. SIMS AND ANY AND ) | |
| ALL PROCEEDS FROM THE SALE OF ) | |
| SAID PROPERTY, ) | |
| ) | |
| REAL PROPERTY LOCATED AT 49 ) | |
| SULLIVANS LANDING, MISSOURI ) | |
| CITY, TEXAS, AS MORE ) | |
| PARTICULARLY DESCRIBED IN A ) | |
| WARRANTY DEED RECORDED AS ) | |
| INSTRUMENT NUMBER 2023008945 ) | |
| OF THE FORT BEND COUNTY ) | |
| RECORDS, AND BEING TITLED IN ) | |
| THE NAME OF THE B. SIMS ) | |
| EXPERIENCE LLC, AND ANY AND ) | |
| ALL PROCEEDS FROM THE SALE OF ) | |
| SAID PROPERTY, ) | |
| ) | |
| REAL PROPERTY LOCATED AT 229 ) | |
| AMY OVERLOOK, ATLANTA, ) | |

GEORGIA, AS MORE PARTICULARLY )
DESCRIBED IN A QUITCLAIM DEED )
RECORDED IN BOOK 66622, PAGE 97 )
OF THE FULTON COUNTY )
RECORDS, AND BEING TITLED IN )
THE NAME OF EXPERIENCED )
RENTALS LLC, AND ANY AND ALL )
PROCEEDS FROM THE SALE OF )
SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 6728 )
WILLOWBROOKE DRIVE, )
APARTMENT 2, FAYETTEVILLE, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 11721, PAGES 0613-0615 OF )
THE CUMBERLAND COUNTY )
RECORDS, AND BEING TITLED IN )
THE NAME OF LANIER & )
ASSOCIATES, LLC, AND ANY AND )
ALL PROCEEDS FROM THE SALE OF )
SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 342 )
WATERDOWN DRIVE, APARTMENT )
11, FAYETTEVILLE, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 11721, PAGES 0613-0615 OF )
THE CUMBERLAND COUNTY )
RECORDS, AND BEING TITLED IN )
THE NAME OF LANIER & )
ASSOCIATES, LLC, AND ANY AND )
ALL PROCEEDS FROM THE SALE OF )
SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 121 )
TAYLOR HEIGHTS STREET, )
HOOKERTON, NORTH CAROLINA, )
AS MORE PARTICULARLY )

DESCRIBED IN A WARRANTY DEED )
RECORDED IN BOOK 762, PAGES )
596-598 OF THE GREENE COUNTY )
RECORDS, AND BEING TITLED IN )
THE NAME OF PRIDGEN )
INVESTMENTS, LLC, AND ANY AND )
ALL PROCEEDS FROM THE SALE OF )
SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 208 )
SOUTH THIRD STREET, )
HOOKERTON, NORTH CAROLINA, )
AS MORE PARTICULARLY )
DESCRIBED IN A WARRANTY DEED )
RECORDED IN BOOK 762, PAGES )
593-595 OF THE GREENE COUNTY )
RECORDS, AND BEING TITLED IN )
THE NAME OF LANIER & )
ASSOCIATES, LLC, AND ANY AND )
ALL PROCEEDS FROM THE SALE OF )
SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 3305 )
CHRIS STREET, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 439-443 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
LANIER & ASSOCIATES, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 3307 )
CHRIS STREET, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 439-443 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )

3

LANIER & ASSOCIATES, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 1010- )
1012 WEST LENOIR AVENUE, )
KINSTON, NORTH CAROLINA, AS )
MORE PARTICULARLY DESCRIBED )
IN A WARRANTY DEED RECORDED )
IN BOOK 1987, PAGES 427-431 OF )
THE LENOIR COUNTY RECORDS, )
AND BEING TITLED IN THE NAME )
OF PRIDGEN INVESTMENTS, LLC, )
AND ANY AND ALL PROCEEDS )
FROM THE SALE OF SAID )
PROPERTY, )
)
REAL PROPERTY LOCATED AT 706 )
COLONY PLACE, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 427-431 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
PRIDGEN INVESTMENTS, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 303 )
EAST CAPITOLA AVENUE, )
KINSTON, NORTH CAROLINA, AS )
MORE PARTICULARLY DESCRIBED )
IN A WARRANTY DEED RECORDED )
IN BOOK 1987, PAGES 427-431 OF )
THE LENOIR COUNTY RECORDS, )
AND BEING TITLED IN THE NAME )
OF PRIDGEN INVESTMENTS, LLC, )
AND ANY AND ALL PROCEEDS )
FROM THE SALE OF SAID )
PROPERTY, )
)

4

REAL PROPERTY LOCATED AT 1001 )
CLIFTON TERRACE, KINSTON, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 427-431 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
PRIDGEN INVESTMENTS, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 2341 )
VILLA DRIVE, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 427-431 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
PRIDGEN INVESTMENTS, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 1511 )
WEST ROAD, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 439-443 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
LANIER & ASSOCIATES, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 2508 )
FORREST DRIVE, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 439-443 OF THE )

LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
LANIER & ASSOCIATES, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 2800 )
BROOKHAVEN DRIVE, KINSTON, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 439-443 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
LANIER & ASSOCIATES, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 3232 )
CAROLINE NICOLE DRIVE, )
KINSTON, NORTH CAROLINA, AS )
MORE PARTICULARLY DESCRIBED )
IN A WARRANTY DEED RECORDED )
IN BOOK 1987, PAGES 439-443 OF )
THE LENOIR COUNTY RECORDS, )
AND BEING TITLED IN THE NAME )
OF LANIER & ASSOCIATES, LLC, )
AND ANY AND ALL PROCEEDS )
FROM THE SALE OF SAID )
PROPERTY, )
)
REAL PROPERTY LOCATED AT 2320 )
STALLINGS DRIVE, KINSTON, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 427-431 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
PRIDGEN INVESTMENTS, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )

REAL PROPERTY LOCATED AT 2100 )
RILEY ROAD, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 427-431 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
PRIDGEN INVESTMENTS, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 3202 )
CHRIS STREET, KINSTON, NORTH )
CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
WARRANTY DEED RECORDED IN )
BOOK 1987, PAGES 427-431 OF THE )
LENOIR COUNTY RECORDS, AND )
BEING TITLED IN THE NAME OF )
PRIDGEN INVESTMENTS, LLC, AND )
ANY AND ALL PROCEEDS FROM )
THE SALE OF SAID PROPERTY, )
)
REAL PROPERTY LOCATED AT 2344 )
HIGHWAY 903 SOUTH, SNOW HILL, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )
GENERAL WARRANTY DEED )
RECORDED IN BOOK 752, PAGES )
714-716 OF THE GREENE COUNTY )
RECORDS, AND BEING TITLED IN )
THE NAME OF BRANDON E. SIMS, )
AND ANY AND ALL PROCEEDS )
FROM THE SALE OF SAID )
PROPERTY, )
)
REAL PROPERTY LOCATED AT 1202 )
HARDING AVENUE, KINSTON, )
NORTH CAROLINA, AS MORE )
PARTICULARLY DESCRIBED IN A )

| | |
|---|---|
| AN EXECUTRICES' SPECIAL WARRANTY DEED RECORDED IN BOOK 1958, PAGES 131-134 OF THE LENOIR COUNTY RECORDS, AND BEING TITLED IN THE NAME OF LANIER & ASSOCIATES, LLC, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the Declaration of Sheri Lancaster, Special Agent, Internal Revenue Service—Criminal Investigation, filed herein, be sealed until further order of this Court, except that a copy of the declaration shall be provided to the United States Attorney's Office for the Eastern District of North Carolina.

SO ORDERED, this _20_ day of November, 2023.

*Terence Boyle*
TERRENCE W. BOYLE
United States District Judge

8