IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-657-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| SIMS REAL PROPERTY, ET AL., | ) ) | |
| Defendants. | ) | |

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal [D.E. 33] and its supporting memorandum [D.E. 34], it is hereby ORDERED that the Government's second motion to stay [D.E. 31], the supporting memorandum [D.E. 32], and the associated order, as well as its memorandum in support of the motion to seal [D.E. 34], shall be sealed by the Clerk until further order of the Court.

A file-stamped copy of any *ex parte* documents shall be provided to counsel for the Government only. File-stamped copies of any sealed (but not *ex parte*) documents shall be provided to counsel for the Government and counsel for Claimants, but shall otherwise remain sealed.

SO ORDERED, this __7__ day of August, 2024.

_____
TERRENCE W. BOYLE
United States District Judge

1