IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-657-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT ORDER |
| v. | ) | SUBSTITUTING *RES* |
| | ) | |
| SIMS REAL PROPERTY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' joint motion to substitute United States Currency as a party defendant in lieu of one of the captioned properties. By signing below, the parties have informed the Court of the following:

1. The parties have entered into a Stipulation to Sale of Real Property with respect to the disposition of the parcel of real property being legally described in the Special Warranty Deed with Vendor's Lien Recorded as Instrument Number RP-2022-392295 of the Harris County (Texas) Records, and having the physical address of 919 Enclave Lake Drive, Houston, Texas 77077 (hereinafter, the "Claimed Property"), to which Claimant Brandon E. Sims ("Claimant") has filed a claim.

2. Claimant, with the Government's consent, has sold the Claimed Property and has tendered to the United States a check in the amount of $328,161.65, currently being held in the U.S. Department of Treasury's Seized Asset Deposit Fund, which amount the parties agree shall be

1

substituted for the Claimed Property as a party-defendant in this action, and that upon such substitution, the Claimed Property shall be dismissed as a party-defendant from this action.

In light of the foregoing, it is, therefore,

ORDERED that the $328,161.65 in U.S. Currency tendered by Claimant and currently being held in the Seized Asset Deposit Fund is SUBSTITUTED for the Claimed Property as a party-defendant and shall be subject to forfeiture as an *in rem* Defendant in this action and as a substitute *res* for the Claimed Property in this and any other related criminal forfeiture proceeding;

ORDERED that the real property being legally described in the Special Warranty Deed with Vendor's Lien Recorded as Instrument Number RP-2022-392295 of the Harris County (Texas) Records, and having the physical address of 919 Enclave Lake Drive, Houston, Texas 77077 is DISMISSED from this action as a party-defendant; and

ORDERED that each party shall bear its own attorneys' fees, costs and expenses in connection with this Agreement.

SO ORDERED this 18 day of November, 2024.

TERRENCE W. BOYLE
United States District Judge

*[Remainder of page intentionally left blank; party signatures to follow]*

Consented to by:

_____ October 8, 2024
C. MICHAEL ANDERSON
Attorney for United States of America

_____
JOSEPH E. ZESZOTARSKI
Attorney for Claimant Brandon Sims