IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-657-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SIMS REAL PROPERTY, ET AL., ) | |
| ) | |
| Defendants. ) | |

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal [D.E. 49] and its supporting memorandum [D.E. 48], it is hereby ORDERED that the Government's fourth motion to stay [D.E. 46], the supporting memorandum [D.E. 47], and the associated order, as well as its memorandum in support of the motion to seal [D.E. 48], shall be sealed by the Clerk until further order of the Court.

A file-stamped copy of any *ex parte* documents shall be provided to counsel for the Government only. File-stamped copies of any sealed (but not *ex parte*) documents shall be provided to counsel for the Government and counsel for Claimants, but shall otherwise remain sealed.

SO ORDERED, this __17__ day of March, 2025.

> Terrence Boyle
> TERRENCE W. BOYLE
> United States District Judge

1